NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:    (916) 962-2780
Facsimile:    (916) 962-2705

Attorney for Plaintiff
EMMANUEL NJAMFA, dba A&E DIGITAL PRODUCTIONS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| EMMANUEL NJAMFA dba A&E DIGITAL PRODUCTIONS, <br><br> Plaintiff, <br><br> vs. <br><br> ULTIMATE IMAGE, INC.; ROBBIE BRAY; and Does 1-50. <br><br> Defendants. | Case No.: 2:08-CV-01932-LKK-EFB <br><br> **ORDER GRANTING MOTION TO AMEND COMPLAINT** |

ORDER

Based upon Plaintiff's "Motion for Leave to File First Amended Complaint for Damages", and in the interests of judicial and party economy, good reason appearing, PLAINTIFF'S MOTION IS GRANTED. The Plaintiff's First Amended Complaint, filed contemporaneously with Plaintiff's Motion to Amend Complaint, is deemed filed as of today's date.

IT IS SO ORDERED.

DATED: November 4, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1
**ORDER**