UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EMMANUEL NJAMFA dba A&E DIGITAL PRODUCTIONS,

    Plaintiff,

  v.

ULTIMATE IMAGE, INC.; BOBBIE BRAY; and DOES 1-50,

    Defendants.

_____/

NO. CIV. S-08-1932 LKK/EFB

O R D E R

    Pending before the court is defendants' motion to dismiss, filed on October 27, 2008 and set to be heard on December 8, 2008. On November 4, 2008, the court granted plaintiff leave to file an Amended Complaint, which he filed on that date. In light of the Amended Complaint, defendants' motion is DENIED AS MOOT.

    IT IS SO ORDERED.

    DATED: November 13, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1