1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

EMMANUEL NJAMFA dba A&E
10  DIGITAL PRODUCTIONS,

11                              NO. CIV. S-08-1932 LKK/EFB
            Plaintiff,
12

        v.
13                                  O R D E R
ULTIMATE IMAGE, INC.;
14  BOBBIE BRAY; and DOES
1-50,
15

16          Defendants.

17  _____/

18       The court is in receipt of plaintiff counsel's November 24,

19  2008 motion to withdraw. Although plaintiff has not filed a

20  declaration in support of the withdrawal, he has since filed a

21  document with the court describing himself as in *pro se*, from which

22  the court infers the plaintiff's support of the withdrawal.

23  Accordingly, the court GRANTS counsel's motion to withdraw.

24  Plaintiff will represent himself *pro se* and shall notify the court

25  if he obtains substitution counsel, in accordance with Local Rule

26  83-182.

1

1    Counsel is ORDERED to release all client papers and property

2 to client within ten (10) days of the date of this order, including

3 correspondences, pleadings, deposition transcripts, exhibits,

4 physical evidence, expert reports, and other items reasonably

5 necessary to the client's representation, whether the client has

6 paid for them or not, in accordance with Rule 3-700(D) of the

7 California Rules of Professional Conduct.

8    IT IS SO ORDERED.

9    DATED:  December 12, 2008.

10

11   _____

12   LAWRENCE K. KARLTON
     SENIOR JUDGE
13   UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

2