1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

EMMANUEL NJAMFA dba A&E
10 DIGITAL PRODUCTIONS,

11                                        NO. CIV. S-08-1932 LKK/EFB

            Plaintiff,

12

       v.

13                                              O R D E R

ULTIMATE IMAGE, INC.;
14 BOBBIE BRAY; and DOES
1-50,

15

16          Defendants.

17 _____/

18       On December 8, 2008, the plaintiff filed in *pro se* a notice

19 of voluntary dismissal, although the court did not approve his

20 attorney's motion for withdrawal until December 15, 2008. Because

21 plaintiff is now proceeding in *pro per*, the court now GRANTS his

22 motion to dismiss with prejudice pursuant to Federal Rule of Civil

23 Procedure 41(a).

24       The Clerk is directed to close the case.

25       IT IS SO ORDERED.

26       DATED:  December 22, 2008.

                                    LAWRENCE K. KARLTON
                              1     SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT